## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:     Dennis Dean Hensley          Docket #:     1:02CR00061

Address:     2527 Hemlock Street          Judge:     The Honorable Susan J. Dlott

Cincinnati, OH 45206

You have been ordered by the United States District Court to pay a special assessment of $_____100.00_____

_____, restitution of $_____, and/or a fine of $_____500.00_____, as a condition

of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of

$____25.00_____, commencing ____12/16/05. This is based on the following analysis of your ability to

pay:_____

_____

U. S. Probation Officer          Date

**Order of the Court:** The Court orders minimum monthly payments of $ 25.00 to commence on

12/16/05 and to continue until the debt is satisfied or the Court alters the payment schedule.

*Susan J. Dlott*          *December 13, 2005*

Signature of Judicial Officer          Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
U. S. Courthouse, Room 260
85 Marconi Boulevard
Columbus, Ohio 42315

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____          _____
Defendant          Date

_____          _____
U.S. Probation Officer          Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU