PROB 12B
(12/98)

## United States District Court

for

District of Southern Ohio



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Dennis Dean Hensley**  Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away of Firearms from a Federally Licensed Dealer**

Original Sentence:  **46 month(s) prison,  36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **September 2, 2005**

### PETITIONING THE COURT

[ ] To extend the term of supervision for  years, for a total term of  years.
[X] To modify the conditions of supervision as follows:

**To participate in a halfway house for 90 days**

### CAUSE

On October 28, 2002, the Court sentenced Mr. Hensley to forty-six months imprisonment followed by three years supervised release after having been charged with Taking or Carrying Away of Firearms from a Federally Licensed Dealer. As a condition of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not incur any new lines of credit, and pay a $100.00 special assessment fee and a $500.00 fine.

On September 2, 2005, Mr. Hensley was released from the Bureau of Prisons to begin his term of supervision. On September 7, 2005, Mr. Hensley reported to this officer. He admitted that prior to being released, he was at the halfway house serving the balance of his sentence and was arrested in Kentucky on July 23, 2005, for driving under the influence and not having a driver's license. He never reported this to the halfway house.

On September 8, 2005, Mr. Hensley appeared in Campbell County District Court and pled guilty. He was sentenced to 30 days in jail with 23 days suspended and placed on two years probation. He was also ordered to participate in substance abuse treatment.

In meeting with Mr. Hensley, this officer referred him to both substance abuse and mental health treatment. Mr. Hensley said he drank often, had problems sleeping and was always

PROB 12B
(12/98)

2

anxious. When Mr. Hensley was 22 years old, he was badly beaten and suffers from pain and memory loss. As a result, Mr. Hensley missed some of his appointments as he forgot to go. In addition, Mr. Hensley began testing positive for the use of cocaine on November 16, 2005 and on January 10, 2006. He was also terminated from substance abuse treatment at Volunteers of America for not attending. In addition, his mental health counselor stated that Hensley suffers from depression.

On January 30, 2006, this officer met with Hensley, and he admitted that he was having difficulty remaining sober. As a result, he signed Probation Form 49 waiving a hearing to have his conditions modified for him to participate in a halfway house for 90 days.
As a result, this officer respectfully recommends that Your Honor modify Mr. Hensley's conditions as stated above.

Respectfully submitted,

by
**Darla J. Huffman**
U. S. Probation Officer
Date: **January 30, 2006**

Approved,

by
**John Cole**
Supervising U. S. Probation Officer
Date: **January 30, 2006**

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

2/2/06
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To participate in a halfway house for 90 days

Witness: _____  Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

1/30/06
DATE