PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**                        Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away of Firearms from a Federally Licensed Dealer**

Original Sentence: **46 month(s) prison,  36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **September 2, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Mr. Hensley will be terminated from the halfway house on April 17, 2006. |

U.S. Probation Officer Action:

On October 28, 2002, the Court sentenced Mr. Hensley to forty-six months imprisonment followed by three years supervised release after having been charged with Taking or Carrying Away of Firearms from a Federally Licensed Dealer. As a condition of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not incur any new lines of credit, and pay a $100.00 special assessment fee and a $500.00 fine.

On January 30, 2006, this officer notified the Court that Mr. Hensley was having difficulty abstaining from the use of illegal drugs and was drinking often. He was also missing his substance abuse and mental health counseling sessions. As a result, Mr. Hensley signed Probation Form 49 requesting that his conditions be modified for 90 days to enter a half way house to help him with his problems. The Court agreed, and Mr. Hensley entered Talbert House on February 14, 2006.

Since being in the halfway house, Mr. Hensley has missed some counseling appointments, but has been working. He has been working construction for the past several months, but was informed this past week that the policy of the halfway is that there must be a land line phone where the individual is working. Mr. Hensley was informed that either he had to find

new employment or be terminated from the halfway house. In Mr. Hensley's case, his boss only has a cell phone and no land line exists at many of the sites where they work. Mr. Bullard is Mr. Hensley's boss and has been instrumental in helping Mr. Hensley; therefore, this officer feels it would be detrimental for Mr. Hensley to quit his job and lose the support of his boss.

On April 12, 2006, the director of the halfway house informed this officer that there is a 90 day residential facility, Cornerstones, which is an alcohol and drug addiction treatment program which is next door to the halfway house. Mr. Hensley has been accepted into their program beginning on April 17, 2006; however, it is not as restrictive as the halfway house. However, Mr. Hensley would be able to keep his current job. In addition, he would be required to attend two hours of group counseling a day which is more treatment than he is receiving at this time. He will also continue seeing his mental health counselor and his psychiatrist to monitor his medication.

Mr. Hensley is in agreement to enter Cornerstones on his own and realizes this will be for an additional 90 days. This officer feels this would be beneficial for Mr. Hensley. Therefore, this officer respectfully requests that the Court take notice of the fact Mr. Hensley will be terminated 30 days early from the halfway house, but that he will actually be serving an additional 90 days in a residential facility on his own.

Respectfully submitted,                    Approved,

by                                         by

**Darla J. Huffman**                       **John Cole**
U. S. Probation Officer                    Supervising U. S. Probation Officer
Date:    **April 13, 2006**                Date:    **April 13, 2006**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/18/06
Date