## CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                                  Case 1:02cr61

vs

DENNIS HENSLEY

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     ditigal recording
Date:               6/16/06 @ 1:30

Attorney for USA:        *Robert Brichler*
Attorney for Defendant:  Federal Public Defender  *Richard Smith-Monahan*

__✓__ Initial appearance held. Defendant informed of rights and charges.

__✓__ Case continued for Probable Cause Hearing __✓__ Detention Hearing __✓__
on __June 21, 2006  1:30__

_____ Probable cause hearing held/waived. Defendant to appear before District Judge _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

__✓__ Order APPOINTING counsel __FPD__

Remarks: