# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr61

vs

DENNIS HENSLEY

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Jodi Perkins
Date: 6/21/06

Attorney for USA: Deborah Grimes
Attorney for Defendant: Federal Public Defender C. Ransom Hudson

\_\_\_\_\_ Initial appearance held. Defendant informed of rights and charges.

\_\_\_\_\_ Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_ on \_\_\_\_\_

✓ Probable cause hearing held/(waived.) Defendant to appear before District Judge \_\_\_\_\_ for Probation Violation/supervised release hearing.

\_\_\_\_\_ Probable cause found / not found

✓ Defendant DETAINED pending ~~hearing~~ waived
\_\_\_\_\_ Defendant RELEASED on \_\_\_\_\_ bond

\_\_\_\_\_ Order APPOINTING counsel \_\_\_\_\_

Remarks: Issued to Judge Dlott