UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                                                  Case No. CR-1-02-61 (1)

**DENNIS HENSLEY**

WAIVER OF PRELIMINARY EXAMINATION
OR HEARING
(RULE 5 OR 32.1, FED. R CRIM. P.)

I, **DENNIS HENSLEY**, charged in a Petition pending in this district with supervised release violation in violation of Title  and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_____
Defendant

6/21/06                                                     _____
Date                                                         Counsel for Defendant

AO 468 (1/86) Waiver of Preliminary Examination or Hearing