IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

      vs.                                  Case Number: 1:02CR61

DENNIS HENSLEY

Jail term of 10 Months

Conditions/Recommendations:

      That the defendant be placed in the Medical Facility at Lexington, KY., or a similar medical facility

1 Year Supervised Release

Conditions:

      Participation in Substance Abuse Program at discretion of Probation Officer

      Participation in Mental Health Program at discretion of Probation Officer

      No intoxicants, including alcohol

Assessment: 0       Fine: 0           Restitution:

Defendant is remanded to the United States Marshal

Judge:              Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:      Julie Wolfer, Official

Date:               July 7, 2006