PROB 12A
(12/98)



United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**     Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms From a Federally Licensed Dealer**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release, 7/7/06; Supervised release revoked 10 month(s) prison: 1 year TSR**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **March 30, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| No New Law Violation | On April 3, 2007, Mr. Hensley was charged in Hamilton County Municipal Court with Complicity to Commit Theft (C/07CRA/11323). Mr. Hensley appeared in Court the following day and is being held on a $20,000.00, 10% bond. The case was presented to the Hamilton County Grand Jury, and he was indicted on April 13, 2007. He remains incarcerated, and the case is pending. |

U.S. Probation Officer Action: On October 28, 2002, the Court sentenced Mr. Hensley to forty-six months imprisonment followed by three years supervised release after having been charged with Taking or Carrying Away of Firearms from a Federally Licensed Dealer. As a condition of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not incur any new lines of credit, and pay a $100.00 special assessment fee and a $500.00 fine.

On July 7, 2006, Mr. Hensley's supervision was revoked for his continuous use of illegal drugs, and failure to comply with treatment. He was sentenced to eight months custody of the Bureau of Prisons followed by one year supervised release.

PROB 12A
(12/98)

2

RE: HENSLEY, Dennis                                                                                          Page Two

On March 30, 2007, Mr. Hensley was released from prison to begin his term of supervised release. He reported to the U.S. Probation Office in Cincinnati on April 2, 2007 and met with the duty officer. He reported his address and submitted to urinalysis which was negative. He was instructed to report again the following day to meet with his probation officer which he failed to do.

This officer attempted to contact Hensley by phone, but learned that he was arrested on April 3, 2007 in Cincinnati, for Complicity to Commit Theft (C07/CRA/11323). Hensley and three other individuals were in the Meijer Store taking various items without paying for them. Hensley appeared in Hamilton County Municipal Court the following day and is being held on a $20,000.00, 10% bond. On April 13, 2007, he was indicted on these charges and remains incarcerated. A new court date has not yet been scheduled.

Mr. Hensley was arrested only 4 days after being released from prison. He currently remains incarcerated. At this time, it is respectfully recommended that the Court take notice of the violation, but that no action be taken pending disposition of the new charges. This officer will notify the Court of the outcome.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | **Darla J. Huffman** | by | **John C. Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:   **April 20, 2007** |  | Date:   **April 25, 2007** |

 I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

April 25, 2007
Date