PROB 12B
(12/98)

# United States District Court

for

### District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Dennis Dean Hensley**         Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
                                                                **United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms from a Federally Licensed Dealer**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release, 7/7/06; Supervised Release revoked 10 month(s) prison: 1 year TSR**

Type of Supervision: **Supervised Release**         Date Supervision Commenced: **March 30, 2007**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

**The Defendant shall reside in and complete The Prospect House long term residential program for substance abuse treatment. While in the program, you shall abide by all of the program rules and be compliant.**

## CAUSE

On October 28, 2002, the Court sentenced Mr. Hensley to forty-six months imprisonment followed by three years supervised release after having been charged with Taking or Carrying Away of Firearms from a Federally Licensed Dealer. As a condition of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not incur any new lines of credit, and pay a $100.00 special assessment fee, and a $500.00 fine.

On July 7, 2006, Mr. Hensley's supervision was revoked for his continuous use of illegal drugs, and failure to comply with treatment. He was sentenced to ten months custody of the Bureau of Prisons followed by one year supervised release.

On March 30, 2007, Mr. Hensley was released from prison to begin his term of supervised release. He reported to the U.S. Probation Office in Cincinnati on April 2, 2007. On April 25, 2007, this officer notified the Court that Hensley was arrested on April 3, 2007, for Complicity to Commit Theft (B0702895-C). Hensley appeared in Hamilton County Municipal Court and was held on a

$20,000.00, 10% bond. On June 13, 2007, Hensley was released on a OR bond. The case has been continued until November 26, 2007. The Court took no action in this matter pending disposition of the case.

Since Hensley's release from jail, he has had difficulties. He has not had a stable residence, has been drinking alcohol and most recently tested positive for cocaine on August 24, 2007. Hensley has been participating in mental health counseling at Ikron to help him deal with his anxiety; however, there has been little change with him and his attendance has been sporadic. Hensley needs to be in a structured environment and has signed a waiver to have his conditions modified to be placed at The Prospect House for long term treatment.

Respectfully submitted,                    Approved,

by *(signature)*                            by *(signature)*

**Darla J. Huffman**                        **Robert C. Frommeyer**
U. S. Probation Officer                     Supervising U. S. Probation
                                            Officer

Date   **September 14, 2007**               Date   **September 14, 2007**

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*(signature)*
Signature of Judicial Officer

Sept 18, 2007
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside in and complete The Prospect House long term residential program for substance abuse. While in the program, you shall abide by all of the programs rules and be compliant.**

Witness: _____   Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

September 6, 2007
DATE