PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**   Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
                                        **United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms from a Federally Licensed Dealer**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release, 7/7/06: Supervised Release revoked 10 month(s) prison: 1 year supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **March 30, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 Failure to Pay Fine | Mr. Hensley was ordered by the Court to pay a $500.00 fine. To date, he has not paid any money toward his court ordered obligation. |

U.S. Probation Officer Action:

On October 28, 2002, the Court sentenced Mr. Hensley to forty-six months imprisonment followed by three years supervised release after having been charged with Taking or Carrying Away of Firearms from a Federally Licensed Dealer. As a condition of his supervised release, he was ordered to participate in substance abuse and mental health treatment at the direction of the probation officer, not incur any new lines of credit, and pay a $100.00 special assessment fee, and a $500.00 fine.

On July 7, 2006, Mr. Hensley's supervision was revoked for his continuous use of illegal drugs, and failure to comply with treatment. He was sentenced to ten months custody of the Bureau of Prisons followed by one year supervised release. He was released from prison on March 30, 2007. Since being released, Hensley was arrested for Complicity to Commit Theft, and he has been unable to abstain from the use of drugs and alcohol. The pending case has been continued until November 2007.

On September 14, 2007, the Court modified Hensley's conditions of supervised release and ordered that he participate in and complete the Prospect House which is a long term residential program for substance abuse treatment. As a result, Mr. Hensley will more than likely remain at the program until his termination date from supervision on June 10, 2008.

One of the rules at the Prospect House is for the client not to work for the first 90 days so that he can focus on his recovery. In July 2007, the Court ordered Mr. Hensley to pay $25.00 a month toward his $500.00 fine. To date, he still owes $75.00 toward his special assessment fee, and $500.00 toward his fine.

Based on the above information, this officer is respectfully requesting that Mr. Hensley's fine be rescinded in this case. It is very unlikely Mr. Hensley will have the financial resources to pay even when he is allowed to work. This officer will monitor the $75.00 that he owes toward his special assessment fee as this would be the only amount that he can realistically pay.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* |
|  | **Darla J. Huffman** |  | **Mark Grawe** |
|  | U. S. Probation Officer |  | U. S. Probation Officer |
|  | Date: **October 1, 2007** |  | Date: **October 1, 2007** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

Oct 3, 2007
Date