IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 1:02CR00061 |
| Dennis Dean Hensley ) | |
| ) | |

ORDER RESCINDING FINE

The above named was placed on Supervised Release on March 30, 2007 for a period of one year and was ordered to pay a $500.00 fine. On October 1, 2007, this officer contacted the Court indicating that Mr. Hensley is in a long term residential treatment program and is currently unemployed. As a result, it is very unlikely Mr. Hensley will have the financial resources to pay his fine. Based on the Court's decision, it is hereby ordered that the defendant's fine be rescinded in this case.

Dated this ___ day of October, 2007

_____
United States District Judge