PROB 12A
(12/98)

## United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**                Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer: **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms from a Federally Licensed Dealer, in violation of 18 U.S.C. §§ 922(u), 924(i)(1) and 18 U.S.C. 2, a Class C felony**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release, 7/7/06: Supervised release revoked 10 month(s) imprisonment; 1 year supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **March 30, 2007**

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime. On April 3, 2007, Hensley was arrested for Complicity to Commit Theft in Hamilton County, Ohio. On January 17, 2008, Hensley was found not guilty of this charge. |

U.S. Probation Officer Action:

On September 14, 2007, the Court modified Hensley's conditions of supervised release and ordered that he participate in and complete the Prospect House which is a long term residential program for substance abuse treatment. To date, he remains at the Prospect House, and he appears to be doing well.

Mr. Hensley still owes $75.00 toward his special assessment fee, but hopefully he will have this paid in full over the next few months. Lastly, Hensley's pending case for Complicity to Commit Theft was dismissed. Hensley appeared in Hamilton Court of Common Pleas on January 17, 2008, and he was found not guilty.

Therefore, it is recommended that no action be taken on Mr. Hensley.

PROB 12A
(12/98)

                                                    2

RE: Hensley, Dennis                                                                            Page Two

Respectfully submitted,          Approved,

by *Darla Huffman*      by *Robert C. Frommeyer*

**Darla J. Huffman**                         **Robert C. Frommeyer**
U. S. Probation Officer                   Supervising U. S. Probation Officer
Date:   **January 24, 2008**           Date:   **January 24, 2008**

[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*Jan 31, 2008*
Date