PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**  Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:  **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms from a Federally Licensed Dealer, in violation of 18 U.S.C. §§ 922(u), 924(i)(1) and 18 U.S.C. 2, a Class C Felony**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release, 7/7/06: Supervised release revoked, 10 months imprisonment; 1 year supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **March 30, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| #1 | Special Condition : The defendant shall reside and participate in treatment at the Prospect House, long term residential program for substance abuse treatment. |

U.S. Probation Officer Action:

On September 18, 2007, the Court modified Hensley's conditions of supervised release for him to enter long term treatment at the Prospect House in Cincinnati. Hensley entered their program on September 11, 2007. While at the program, Hensley appeared to be doing well; however, he was discharged unsuccessfully from the program on February 20, 2008. Mr. Hensley had surgery on his eye and apparently did not tell staff he was prescribed pain medication.  One of the rules at the program is to report all medications taken. Therefore, it was felt he was being manipulative, and he was terminated.

On March 3, 2008, this officer met with Hensley and discussed his termination.  He felt he was not treated fairly as he had been at the facility for over five months and thought he was doing well. He admitted he had medication he was taking, but did not feel he should have been terminated.

Hensley does not have a stable residence.  As a result, it was recommended that he enter the St. Joseph House which is a recovery house for individuals who are homeless.  This would allow him to continue to work, attend Alcoholics Anonymous Meetings, and will help keep him sober.  He was resistant to this, but said he would go. To date, he has not yet entered their facility.  He has been staying with a friend in Covington, Kentucky.

This officer has contacted Hensley's boss who stated he would assist Hensley in getting to St. Joseph House.

RE: Hensley, Dennis                                                                                                 Page Two

At this time, it is respectfully recommended that the Court take notice of the violation for being terminated from the facility, but that no action be taken at this time. This officer will continue to assist Hensley in finding a place to reside preferably in a residential/shelter facility to help him maintain his sobriety. He is scheduled to terminate from supervision on June 10, 2008.

Respectfully submitted,                          Approved,

by  /s/ Darla J. Huffman                         by  /s/ John Cole

**Darla J. Huffman**                             **John Cole**
U. S. Probation Officer                          Supervising U. S. Probation Officer
Date:   **March 19, 2008**                       Date:   **March 19, 2008**

[x] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

                                                 /s/ Michael R. Barrett
                                                 Signature of Judicial Officer

                                                 March 20, 2008
                                                 Date