PROB 12A
(12/98)

# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Dennis Dean Hensley**                             Case Number: **1:02CR00061**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **October 28, 2002**

Original Offense: **Taking or Carrying Away Firearms from a Federally Licensed Dealer, in violation of 18 U.S.C. Sections 922(u), 924(i)(1) and 18 U.S.C. Section 2, a Class C Felony**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release; 7/7/2006: Supervised Release Revoked, 10 months imprisonment, one year Supervised Release**

Type of Supervision: **Term Of Supervised Release**        Date Supervision Commenced: **March 30, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1: No New Law Violation | On May 5, 2008, Mr. Hensley was arrested in Kenton County, Kentucky for Alcohol Intoxication and Criminal Trespassing (08-M-02586). On May 6, 2008, he appeared in Court pleading guilty to both charges. He was given credit for time served and was found indigent. |
| #2: Special Condition | Mr. Hensley left St. Francis/St. Joseph Catholic Worker House, which is a recovery house for individuals who are homeless, without notifying this officer. |
| #3: No Use of Alcohol | On May 2, 2008, Mr. Hensley tested positive for the use of alcohol. |

U.S. Probation Officer Action:

On March 19, 2008, this officer notified the Court that Mr. Hensley violated the special condition that he participate in residential treatment at the Prospect House for the duration of his supervision. However, on February 20, 2008, he was terminated unsuccessfully from the program.

Because Mr. Hensley has had a long-term addiction to drugs and alcohol, this officer requested that he be allowed to enter the St. Francis/St. Joseph Catholic Worker House which is a recovery house for individuals who are homeless. He was accepted into their program on April 1, 2008; however, he only stayed there approximately two weeks and did not inform this officer when he was terminated. Hensley informed this officer that he and his girlfriend had been arguing, and he did not arrive back to St. Francis/St. Joseph at the required curfew time.

PROB 12A  
(12/98)

2

RE: HENSLEY, Dennis                                                                                        Page Two

On May 2, 2008, Hensley reported to this office. He smelled strongly of alcohol and admitted he had been drinking. He submitted to urinalysis which tested positive for alcohol. Mr. Hensley suffers from Hepatitis C; therefore, consuming alcohol is detrimental to his health. This officer talked with him at length about his substance abuse, and how he does not take his recovery seriously. He was referred to the Mt. Airy Shelter; however, they could not accept into their program until May 5, 2008. However, on May 5, 2008, Hensley was arrested in Kenton County, Kentucky for Alcohol Intoxication and Criminal Trespass. According to the police report, Hensley was found in a vacant building and was intoxicated. On May 6, 2008, Hensley appeared in Court, pleading guilty to both charges and was given credit for time served in jail. He was also found indigent of any fine or court costs, and the case was closed. On May 6, 2008, Hensley was also accepted into the Mt. Airy Shelter. On May 14, 2008, this officer met with Hensley at Mt. Airy Shelter, and he is participating in AA/NA meetings.

Mr. Hensley is scheduled to terminate from supervised release on June 10, 2008. Mr. Hensley has been given numerous opportunities to deal with his addiction, but continues to use. However, due to the fact that he has one month remaining on supervision and is currently at Mt. Airy Shelter, it is respectfully recommended that the Court take notice of the violation, but that no action be taken. He will then terminate from supervision on June 10, 2008, while he remains at the shelter. At some point, Mr. Hensley has to accept responsibility for his own actions and for his sobriety.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *(signature)* | by | *(signature)* |
|  | **Darla J. Huffman** |  | **Mark Grawe** |
|  | U. S. Probation Officer |  | Senior U. S. Probation Officer |
|  | Date:   **May 15, 2008** |  | Date:   **May 15, 2008** |



[X] I concur with the recommendation of the Probation Officer  
[ ] Submit a Request for Modifying the Condition or Term of Supervision  
[ ] Submit a Request for Warrant or Summons

*(signature)*  
Signature of Judicial Officer

May 19, 2008  
Date